IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:16cr00030 |
| | ) | **Electronic Filing** |
| **RICH WEAVER BUICK GMC, INC.** | ) | |
| **ADAM JAMES WEAVER** | ) | |
| **DOUGLAS ALAN GROOMS** | ) | |
| **ADAM BRAYTON COOVER** | ) | |

## ORDER OF COURT

AND NOW, this 10th day of July, 2017,

IT IS HEREBY ORDERED that Jury Selection and Trial in connection with this action is scheduled to commence as to the above-referenced defendants on **Monday, July 17, 2017, at 9:30 AM**, in Courtroom 7A of the Pittsburgh Division, Seventh Floor, United States Courthouse, Pittsburgh, PA.

IT IS FURTHER ORDERED that any request for special voir dire which counsel intend to submit shall be filed no later than **July 14, 2017**.  A motion for voir dire will not be accepted after that date and any request therein will be considered by the court to have been waived absent good cause shown for the untimely submission of the motion.

IT IS FURTHER ORDERED that all points for charge shall be filed on or before **July 14, 2017**.  Points for charge submitted after that date will be considered by the court to have been waived unless the moving party demonstrates that the need for the point could not have been anticipated on or before that date.

                                                     s/ DAVID STEWART CERCONE
                                                     David Stewart Cercone
                                                     United States District Judge

cc:    Christian A. Trabold, AUSA
Michael A. Agresti, Esquire
David G. Ridge, Esquire
W. Penn Hackney, AFPD
David C. Agresti, Esquire
United States Marshal

(*Via CM/ECF Electronic Mail*)