# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:16cr00030 |
| | ) | **Electronic Filing** |
| **RICH WEAVER BUICK GMC, INC.** | ) | |
| **ADAM JAMES WEAVER** | ) | |
| **DOUGLAS ALAN GROOMS** | ) | |
| **ADAM BRAYTON COOVER** | ) | |

## STATUS CONFERENCE
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Government: | Christian Trabold, AUSA |
| Appear for Defendant: | Michael A. Agresti, Esquire – Rick Weaver Buick GMC |
| | David G. Ridge, Esquire – Adam James Weaver |
| | W. Penn Hackney, AFPD – Douglas Alan Grooms |
| | David C. Agresti, Esquire – Adam Brayton Coover |
| Hearing date: | July 19, 2017 |
| Hearing begun: | 4:00 PM |
| Hearing concluded: | 4:30 PM |
| Stenographer: | none |
| Interpreter: | none |
| Law Clerk/Deputy Clerk: | Mark Mohney |

REMARKS: The Clerk met with counsel in conjunction with the pending motion to continue trial. Counsel were consulted on the anticipated length of trial and their current and upcoming commitments and obligations. After considering their collective input, it was determined that jury selection and the commencement of trial will be set for October 24, 2017.