IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 16-30 Erie |
| | ) | |
| RICK WEAVER BUICK GMC, INC. | ) | |
| ADAM JAMES WEAVER | ) | |
| DOUGLAS ALAN GROOMS | ) | |
| ADAM BRAYTON COOVER | ) | |

**NOTICE OF INTENTION TO CALL WITNESS**

The United States intends to call FBI Special Agent Kirk Brace as a witness during its case in chief. Special Agent Brace will testify concerning his examination of cell phones belonging to Adam Weaver and Adam Coover, which were seized pursuant to federal search warrants. He is expected to testify that he located numerous text messages and iMessages on the phones. It is anticipated that Special Agent Brace will testify that he was able to locate text message or iMessage communications, which occurred within and around the time frame alleged in the Superseding Indictment, between the following individuals,: 1) Adam Weaver and Adam Coover; 2) Adam Weaver and Douglas Grooms; 3) Adam Weaver and Lynn Swain; 4) Adam Weaver and Brenda Corbett; and, 5) Adam Coover and Callie Arney.   The content of some of these communications will be introduced into evidence via Special Agent Brace. Special Agent Brace is also expected to testify about how an examination of a cell phone and its contents is performed.

The United States provides this notice in an abundance of caution as it does not consider Special Agent Brace to be an expert witness on the matters about which he is testifying.   Rather,

Special Agent Brace is a fact witness testifying about his extraction of cell phone messages from the Weaver and Coover phones.

Special Agent Brace is a 1991 graduate of Penn State University with a B.S. in Human Development and Family Studies. From 1991 to 1995, Special Agent Brace was a United States Marine Corps Engineer Officer who served as a Platoon Commander, Company Executive Officer and a Company Commander. Special Agent Brace has been an FBI Special Agent since February 1997.   In December 2012, Special Agent Brace received in-service training, sponsored by the FBI's Operational Technology Division, in the use of products designed to extract data from cellular telephones and other digital devices. These products are engineered and licensed through Cellebrite. Special Agent Brace used the most current version of UFED (Universal Forensic Extraction Device) 4PC and UFED Physical Analyzer to extract the data from the two phones involved this case. UFED (Universal Forensic Extraction Device) 4PC and UFED Physical Analyzer are both software programs located on an FBI laptop computer within the FBI's Erie office that is dedicated to cellular telephone examinations. Since 2012, Special Agent Brace has conducted around 200 examinations of cellular telephones.

      Respectfully submitted,

      SOO C. SONG
      Acting United States Attorney


      S/Christian A. Trabold
      CHRISTIAN A. TRABOLD
      Assistant U.S. Attorney
      PA ID No. 75013