IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal No. 16-30 Erie |
| : | |
| RICK WEAVER BUICK GMC, INC.  : | |
| ADAM JAMES WEAVER  : | |
| DOUGLAS ALAN GROOMS  : | |
| ADAM BRAYTON COOVER  : | |

**RESPONSE OF DEFENDANT, ADAM JAMES WEAVER, TO
GOVERNMENT'S MOTION IN LIMINE REGARDING
PENALTIES AND POSSIBLE SENTENCE
AND MEMORANDUM IN SUPPORT**

**AND NOW,** comes the Defendant, ADAM JAMES WEAVER, by and through his counsel, DAVID G. RIDGE, ESQUIRE, and files the following Response to Government's Motion In Limine Regarding Penalties and Possible Sentence and Memorandum in Support, stating as follows:

**I.   PENALTIES**

1. The Government has requested an Order which would preclude the defense from referring "either directly or indirectly to the potential penalties, statutory maximums, or possible sentencing range upon conviction in the presence of the jury."

2. The defendant objects to the request.

3. It is anticipated that the Government may call at least one co-defendant to testify against the defendant. If that were to occur, effective cross-examination as to that individual's possible sentences, Guideline ranges, possible fines, Guidelines fines or other sanctions would be impossible with the total prohibition from referring to penalties and possible sentence sought by the Government.

4. Therefore, the Motion should be denied.

**II.     MEMORANDUM IN SUPPORT**

5.      If the defendant were to call a cooperating witness, whether it be a co-defendant or any other individual who would be facing charges in state and federal court, or who has a pending charge in state or federal court, the Confrontation Clause allows the defense to cross-examine that Government witness regarding any type of "deal" they may have made, officially or unofficially with the Government.  That would include agreements and/or understandings as to the possibility of lesser sentences, less serious legal consequences, reduced fines and/or possible decreased periods of incarceration and/or supervision.  All of that information would serve as a proper and necessary basis for cross-examination of that type of witness.  It is axiomatic that a motive for a witness' testimony is a proper consideration for the jury.  The fact that a cooperating co-defendant's possible sentences and Guideline ranges could be similar to the defendant's, does not serve as an appropriate basis to restrict any discussion, examination or argument as to the penalties and possible sentences.

The defense would not explicitly state what penalty or sentence this defendant would be facing if convicted.  Moreover, a Jury Instruction states that a jury is not to consider possible penalties.   Therefore, no further limitation is necessary.

            Respectfully submitted,

            **THE RIDGE LAW OFFICE**

            BY:      s/David G. Ridge, Esquire
              David G. Ridge, Esquire
              246 West Tenth Street
              Erie, Pennsylvania 16501
              (814) 454-1010

              Attorney for the Defendant, Adam Weaver

Response re Penalties

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Criminal No. 16-30 Erie |
| | : |
| RICK WEAVER BUICK GMC, INC. | : |
| ADAM JAMES WEAVER | : |
| DOUGLAS ALAN GROOMS | : |
| ADAM BRAYTON COOVER | : |

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Response of Defendant, Adam Weaver, to Government's Motion in Limine Regarding Penalties and Possible Sentences and Memorandum in Support was served this date via email upon the following individuals, in accordance with Rules of this Court:

Christian A. Trabold, Esquire
Office of the U.S. Attorney
17 South Park Row, Room A330
Erie, Pennsylvania 16501
christian.a.trabold@usdoj.gov

W. Penn Hackney, Esquire
Office of the Federal Public Defender
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3714
penn_hackney@fd.org

Michael A. Agresti, Esquire
Marsh Spaeder, et al.
300 State St., Suite 300
Erie, Pennsylvania 16507
magresti@marshspaeder.com

Douglas Sughrue, Esquire
428 Forbes Ave., Suite 2400
Pittsburgh, Pennsylvania 15219
dsughrue@sughruelaw.com

THE RIDGE LAW OFFICE

By:   s/David G. Ridge, Esquire
    David G. Ridge, Esquire
    246 West Tenth Street
    Erie, PA 16501
    (814) 454-1010

    Attorney for Defendant, Adam Weaver

Dated: September 28, 2017