IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 16-30 Erie |
| | : | |
| RICK WEAVER BUICK GMC, INC. | : | |
| ADAM JAMES WEAVER | : | |
| DOUGLAS ALAN GROOMS | : | |
| ADAM BRAYTON COOVER | : | |

**RESPONSE OF DEFENDANT ADAM JAMES WEAVER TO THE GOVERNMENT'S MOTION IN LIMINE REGARDING <u>ANTICIPATED DEFENSE EXPERT TESTIMONY</u>**

**AND NOW,** comes the Defendant, ADAM JAMES WEAVER, by and through his counsel, DAVID G. RIDGE, ESQUIRE, and files the following Response to the government's Motion in Limine Regarding Anticipated Defense Expert Testimony, stating as follow:

**I.   Response**

1. On October 3, 2017, the Government filed a Motion in Limine requesting an Order that would prohibit the defense expert (Jay Goldman) from offering any testimony or opinion about the defendant's intent, mental state or mental condition.

2. On September 13, 2017, the defense provided the U.S. Attorney's office with a specific summary of the expected testimony of Jay Goldman. Mr. Goldman will be utilizing his background in financial and transactions involving automobile loans from both the perspective of the lending institution and the auto dealerships, and will also testify as to all of the documentation he has reviewed in preparation for his testimony as to the actual profit/loss to Rick Weaver Buick for each of the vehicles named in the Superseding Indictment.

3. The Government was also advised that the defendant will offer Jay Goldman's

testimony that it is not in the financial interest of a dealership and/or principle owner to obtain loans for a customer which the dealership and/or principle owner knows are likely to go into default.  A loan which does go into default does have a detrimental and financial impact upon the dealership and/or principle owner, with regard to the actual profit on a vehicle and the negative impact it can have upon the dealer's relationship with the lending institution.

   4. Therefore, Mr. Goldman will not be offering any type of specific opinion as to the defendant's state of mind or criminal intent.

         Respectfully submitted,

         **THE RIDGE LAW OFFICE**


         BY:  s/David G. Ridge, Esquire
           David G. Ridge, Esquire
           246 West Tenth Street
           Erie, Pennsylvania 16501
           (814) 454-1010

           Attorney for the Defendant, Adam Weaver

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 16-30 Erie** |
| | : | |
| **RICK WEAVER BUICK GMC, INC.** | : | |
| **ADAM JAMES WEAVER** | : | |
| **DOUGLAS ALAN GROOMS** | : | |
| **ADAM BRAYTON COOVER** | : | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Response of Defendant, Adam Weaver, to Government's Motion in Limine Regarding Anticipated Defense Expert Testimony was served this date via email upon the following individuals, in accordance with Rules of this Court:

Christian A. Trabold, Esquire
Office of the U.S. Attorney
17 South Park Row, Room A330
Erie, Pennsylvania 16501
christian.a.trabold@usdoj.gov

Michael A. Agresti, Esquire
Marsh Spaeder, et al.
300 State St., Suite 300
Erie, Pennsylvania 16507
magresti@marshspaeder.com

W. Penn Hackney, Esquire
Office of the Federal Public Defender
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3714
penn_hackney@fd.org

Douglas Sughrue, Esquire
428 Forbes Ave., Suite 2400
Pittsburgh, Pennsylvania 15219
dsughrue@sughruelaw.com

THE RIDGE LAW OFFICE

By: ____s/David G. Ridge, Esquire____
David G. Ridge, Esquire
246 West Tenth Street
Erie, PA 16501
(814) 454-1010

Attorney for Defendant, Adam Weaver

Dated: October 10, 2017