IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :  **Criminal No. 16-30 Erie** |
| | : |
| **RICK WEAVER BUICK GMC, INC.** | : |
| **ADAM JAMES WEAVER** | : |
| **DOUGLAS ALAN GROOMS** | : |
| **ADAM BRAYTON COOVER** | : |

**RESPONSE OF DEFENDANT ADAM JAMES WEAVER TO
GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EVIDENCE PURSUANT TO RULE 404(b)**

  **AND NOW,** comes the Defendant, ADAM JAMES WEAVER, by and through his counsel, DAVID G. RIDGE, ESQUIRE, and files the following Response to Government's Notice of Intent to Introduce Evidence Pursuant to Rule 404 (b), stating as follows:

  1. This defendant incorporates by reference as though fully restated the Response filed by Rick Weaver Buick GMC, Inc., this date.

         Respectfully submitted,

         **THE RIDGE LAW OFFICE**


         BY: s/David G. Ridge, Esquire
           David G. Ridge, Esquire
           246 West Tenth Street
           Erie, Pennsylvania 16501
           (814) 454-1010

           Attorney for Defendant Adam James Weaver

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 16-30 Erie** |
| | : | |
| **RICK WEAVER BUICK GMC, INC.** | : | |
| **ADAM JAMES WEAVER** | : | |
| **DOUGLAS ALAN GROOMS** | : | |
| **ADAM BRAYTON COOVER** | : | |

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the Response to Government's Notice of Intent to Introduce Evidence Pursuant to Rule 404(b) was served this date via email upon the following individuals, in accordance with Rules of this Court:

Christian A. Trabold, Esquire
Office of the U.S. Attorney
17 South Park Row, Room A330
Erie, Pennsylvania 16501
christian.a.trabold@usdoj.gov

Michael A. Agresti, Esquire
Marsh Spaeder, et al.
300 State St., Suite 300
Erie, Pennsylvania 16507
magresti@marshspaeder.com

W. Penn Hackney, Esquire
Office of the Federal Public Defender
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3714
penn_hackney@fd.org

Douglas Sughrue, Esquire
428 Forbes Ave., Suite 2400
Pittsburgh, Pennsylvania 15219
dsughrue@sughruelaw.com

THE RIDGE LAW OFFICE

By:    s/David G. Ridge, Esquire
      David G. Ridge, Esquire

Dated: October 16, 2017
      246 West Tenth Street
      Erie, PA 16501
      (814) 454-1010

      Attorney for Defendant, Adam Weaver