IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BRAYTON COOVER | Criminal Nos. 16-28 Erie<br>16-30 Erie |

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Adam Brayton Coover, 16463, Year of Birth: 1982, Caucasian, Male.

2. Detained by: Erie County Prison.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 1349 and 1343 at Criminal No. 16-28 Erie and by Superseding Indictment, charging detainee with violating Title 18, United States Code, Sections 1349 and 1343 at Criminal No. 16-30 Erie.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for a change of plea at Erie, Pennsylvania on October 23, 2017, at 10:45 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

 October 18, 2017              s/ DAVID STEWART CERCONE
DATE                           UNITED STATES DISTRICT JUDGE

cc:   United States Attorney