# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:16cr30-2 |
| | ) | **Electronic Filing** |
| **ADAM JAMES WEAVER** | ) | |

# ORDER OF COURT

AND NOW, this 23rd day of October, 2017, IT IS ORDERED that a Change of Plea Hearing is scheduled before this member of the court for **October 30, 2017, at 10:45 a.m.** in Courtroom A, United States Courthouse, Erie, PA. Defendant is required to be present.

s/David Stewart Cercone  
David Stewart Cercone  
United States District Judge

cc:   Christian A. Trabold, AUSA  
      David Ridge, Esquire

      (*Via CM/ECF Electronic Mail*)